FILED
IN CLERKS OFFICE
2020 JUL 20 AM II: 52
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Plaintiff:** | No. 1:20-cv-10345 |
| **Auctus Fund, LLC** | |
| | **ANSWER AND AFFIRMATIVE DEFENSES** |
| **v.** | |
| **Defendants:** | |
| **SoOum Corp,** **William Westbrook, and** **Terence Byrne** | |

## I. Answer

Defendant, William Westbrook, answers the complaint as follows:

I deny the statements in paragraph numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, and 89.

## II. Affirmative Defenses

My other defenses are:

Denial: We deny the allegations in the Complaint

We received the Summons and Complaint, but service was not correct as required by law.

We disagree with the amount of the debt/the amount is incorrect.

Unjust enrichment (the amount demanded is excessive compared with the original debt).

Violation of the duty of good faith and fair dealing.

Unconscionability (the contract is unfair.)

Laches (Plaintiff has excessively delayed in bringing this lawsuit to my disadvantage).

DATED this 16th day of July, 2020.

(Signature)

Name:        William Westbrook
Address:     1 ACR N3141
                Vernon, AZ 85940
Telephone:  (928) 245-9049